UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| JOHN AND MARY STIERS, )<br>　　Plaintiffs, )<br>　　　　　　　　　　　　　　) | |
| v.　　　　　　　　　　　　　) | No. 3:11-CV-437 |
| 　　　　　　　　　　　　　　) | (Phillips) |
| STATE FARM INSURANCE, ) | |
| 　　Defendant. ) | |

## JUDGMENT ON DECISION BY THE COURT

This case came before the court on the motion to dismiss the complaint by defendant State Farm Fire and Casualty Company. The Honorable Thomas W. Phillips, United States District Judge, having rendered a decision on the defendant's motion,

**IT IS ORDERED AND ADJUDGED** that the plaintiffs John and Mary Stiers take nothing, that the action is **DISMISSED WITH PREJUDICE** on the merits, and that the defendant State Farm Fire and Casualty Company recover of the plaintiffs John and Mary Stiers its costs of action.

Dated at Knoxville, Tennessee, this _____ day of June, 2012.

**ENTER:**

ENTERED AS A JUDGMENT
s/ *Debra C. Poplin*
CLERK OF COURT

　　　s/ Thomas W. Phillips　　
United States District Judge