IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN SECTION OF TENNESSEE AT KNOXVILLE

JOHN & MARY STIERS,

And all other similarly situated individuals,

 Plaintiffs.

v.                 Docket No.: 3:11-cv-437
                   JURY IS DEMANDED.

STATE FARM INSURANCE,

 Defendant.

---

## NOTICE OF APPEAL
---

 Notice is hereby given that John and Mary Stiers, hereby appeal to the United States Court of Appeals for the Sixth Circuit from the final judgment dismissing Plaintiff's putative class action complaint against the Defendant entered on June 25, 2012.

               */s/ Keith R. Wesolowski*
               Russell L. Egli (BPR #024408)
               Keith R. Wesolowski (BPR #029521)
               Co-Counsel for the Plaintiffs
               P.O. Box 22026
               Knoxville, TN 37933
               (865) 304-4125

# ECF CERTIFICATE OF SERVICE

This Notice has been sent by ECF transmission or by other means to the following:

David R. Smith, Esq. & Keith Wesolowski, Esq.

Chad Wallace, Esq.

James Gaughan, Esq.

The United States Court of Appeals
Sixth Circuit
Attn: Clerk
540 Potter Stewart U.S. Courthouse
100 E. Fifth Street
Cincinnati, OH 45202-3988

This the 16th day of July 2012.

                                                */s/ Russell L. Egli*
                                                Russell L. Egli